## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMPUTER SALES AND SERVICES, INC., A NEW JERSEY CORPORATION, D/B/A/ COMPAMERICA, <br><br>                     Plaintiff, <br><br> v. <br><br> MOBILSTAR.COM, AN INTERNET DOMAIN RECOGNIZED AS SUI JURIS UNDER THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT OF 1999, et al., <br>                     Defendants | Case No. 08-1201 (PGS) <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR FINAL JUDGMENT BY DEFAULT** |

**WHEREAS,** plaintiff has come before the court on a motion for final judgment by default as to defendant Mobilstar.com, and

**WHEREAS,** it appears that plaintiff has failed to serve defendant Mobilstar.com in accordance with Fed. R. Civ. P. 4(f)(1), (2), and (3),

IT IS on this 1st day of October, 2008;

**ORDERED** that the plaintiff's motion for final judgment by default as to defendant, Mobilstar.com, be and hereby is denied.

                                                        *[signature]*
                                                        PETER G. SHERIDAN, U.S.D.J.